# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MASHAWN GREY,

      Plaintiff,

v.                                                   Case No:  6:16-cv-580-Orl-18TBS

BLUESTEM BRANDS, INC.,

      Defendant.

_____

## ORDER

On June 24, 2016 the parties filed a Joint Notice of Voluntary Dismissal with Prejudice (Doc. No. 18).  Accordingly, pursuant to Fed.R.Civ.P. 41(a), it is

**ORDERED** that this cause is **DISMISSED** with prejudice.  The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, this _____ day of May, 2017.

                                                      G. KENDALL SHARP
                                        SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record